UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**PAMELA RADIX and RON RADIX**                                                        **PLAINTIFFS**

**V.**                                                **CIVIL ACTION NO. 1:06CV504 LTS-RHW**

**RONALD L. TUBB and**
**ALLSTATE INSURANCE COMPANY**                                                        **DEFENDANTS**

ORDER GRANTING MOTION TO REMAND

In accordance with the Memorandum Opinion I have this day entered, it is

**ORDERED**

That the plaintiffs' motion to remand [3] is hereby **GRANTED**;

That this action is hereby **REMANDED** to the Circuit Court of Jackson County, Mississippi; and

That the Clerk of Court shall take the steps necessary to return this action to the court from which it was removed.

**SO ORDERED**  this 31st day of July, 2006.

s/ *L. T. Senter, Jr.*

L. T. Senter, Jr.
Senior Judge